**Motion to Dismiss Appeal Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed January 11, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO.   14-20-00068-CV
_____

**MARY ANN YAMIN, STEPHEN M. YAMIN, SR., AND TEXAS BLACK IRON, INC., Appellants**

**V.**

**NORTH AMERICAN INTERPIPE, INC., Appellee**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2017-39172**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 30, 2019 after a jury trial. The appeal has been abated to allow the parties to complete a settlement. On December 15, 2021, the parties filed an agreed, joint motion to dismiss the appeal on the basis that the parties have fully performed their settlement agreement except

for having this appeal dismissed. In addition, the parties ask that this court order that all costs on this appeal be borne by the party or parties incurring same. Accordingly, the court grants the motion, reinstates the appeal, and dismisses the appeal with each party to bear its own costs.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Jewell and Wilson.